

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM M. THORNHILL<br>         Petitioner<br>VERSUS | CRIMINAL ACTION<br>NO. 03-10022-01 |
| UNITED STATES OF AMERICA<br>         Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Thornhill's motion to vacate, set aside or correct sentence be DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28 day of November, 2007.

```
                              DEE D. DRELL
                        UNITED STATES DISTRICT JUDGE
```